**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 13, 2007**

**CASE NUMBER:  CV 07-01828 RS**
**CASE TITLE:  PATRICK BRAGG-v-NCO PORTFOLIO MANAGEMENT, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/13/2007

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | | Special Projects | |
|---|---|---|---|
| Log Book Noted | 7/13/2007 | Entered in Computer | 7/13/2007 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to: All Counsel | 7/13/2007 | Transferor CSA | 7/13/2007 bjw |
|---|---|---|---|