Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, LLP
3667 Voltaire Street
San Diego, California 92106
Telephone:  619-758-1891
Facsimile:  619-222-3667

Attorney for Defendant
NCO Portfolio Management, Inc.

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PATRICK BRAGG, | Civil Action No.: C07 01828 JW |
| Plaintiff, | STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE AND [PROPOSED] ORDER THEREON |
| vs. | |
| NCO PORTFOLIO MANAGEMENT, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Patrick Bragg and defendant NCO Portfolio Management, Inc., by and through their respective attorneys of record, with respect to the following:

WHEREAS on or about July 3, 2007 the parties stipulated to mediate this case;

WHEREAS the Court referred this case to mediation by order dated July 5, 2007;

WHEREAS based on said order the current mediation completion deadline is October 3, 2007;

///

WHEREAS the parties and assigned mediator have identified November 6, 2007 as the first available mutually convenient mediation date;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the mediation completion deadline may be extended to and including November 6, 2007.

Dated: 9/21/07              Law Office of William E. Kennedy


 /s/William E. Kennedy
William E. Kennedy
Attorney for Plaintiff
Patrick Bragg


Dated: 9/21/07              SESSIONS, FISHMAN & NATHAN
                            IN CALIFORNIA, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Portfolio Management, Inc.

IT IS SO ORDERED.  The mediation completion deadline is hereby extended to and including November 6, 2007.

_____
Hon. James Ware
United States District Judge