| | |
|---|---|
| 1 | Debbie P. Kirkpatrick, Esq. (SBN 207112) |
| 2 | SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P. |
|   | 3667 Voltaire Street |
| 3 | San Diego, California 92106 |
|   | Telephone: (619) 758-1891 |
| 4 | Facsimile: (619) 222-3667 |
| 5 | dkirkpatrick@sessions-law.biz |
| 6 | Attorney for Defendant |
|   | NCO Portfolio Management, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PATRICK BRAGG | ) | |
| | ) | Case No.: CV07-01828 JW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION OF DISMISSAL |
| | ) | WITH PREJUDICE AND |
| NCO PORTFOLIO MANAGEMENT, INC., | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | Fed. R. Civ. P. 41(a)(1) |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, PATRICK BRAGG, and Defendant, NCO PORTFOLIO MANAGEMENT, INC. stipulate, and the Court hereby orders, as follows:

///

///

///

///

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | The dispute between the parties has been settled, therefore, the claims |
| 2 | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, PATRICK BRAGG, against Defendant, NCO PORTFOLIO MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 11/16/2007                    LAW OFFICES OF WILLIAM E. KENNEDY

/s/ William E. Kelly
William E. Kennedy, Esq.
Attorney for Plaintiff,
Patrick Bragg

Dated: 11/16/2007                    SESSIONS, FISHMAN & NATHAN
                                      IN CALIFORNIA, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Portfolio Management, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
The Court terminates all pending deadlines and hearings.  The Clerk shall close this file.
Dated:    November 28, 2007

_____
The Honorable James Ware
United States District Judge

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**